# Exhibit E



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
YORK IMMIGRATION COURT

Respondent Name:
ORTEGA CAMPOVERDE, JULIO CESAR

Alien Registration Number: ▮

Riders:

Address:

YORK, PA 17402

Attorney Name:

In Custody Redetermination Proceedings

Date: 11/05/2019

Attorney Address:

,

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because:

☑ Granted. It is ordered that Respondent be:

  ☐ released from custody on his own recognizance.

  ☑ released from custody under bond of $ 10000

  ☐ other:

☐ Other:

Appeal:  Department of Homeland Security:   ☐ waived   ☑ reserved
         Respondent:                         ☐ waived   ☑ reserved
Appeal Due: 12/5/2019

Immigration Judge: Hartye, Alice 11/05/2019

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [] Alien | [] Alien c/o custodial officer | [P] Alien's atty/rep. | [P] DHS
By: Yang, Tria , Court Staff
Date: 11/05/2019

Alien Number:         Page 2 of 2