DJF:jms

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CESAR ORTEGA-** | **:** | |
| **CAMPOVERDE,** | **:** | **Civil No. 4:20-CV-0332** |
| **Petitioner** | **:** | |
| | **:** | **(Wilson, J.)** |
| **v.** | **:** | **(Arbuckle, M.J.)** |
| | **:** | |
| **CLAIR DOLL, et al.,** | **:** | |
| **Respondents** | **:** | **Electronically Filed** |

## ENTRY OF APPEARANCE

To the Clerk of the District Court:

     Please enter the appearance of Joanne M. Sanderson, Assistant United States

Attorney for the Middle District of Pennsylvania, as counsel for Respondents.

     Respectfully submitted,

     DAVID J. FREED
     United States Attorney


     s/Joanne M. Sanderson
     Joanne M. Sanderson
     Assistant U.S. Attorney
     PA 315327
     228 Walnut Street
     Harrisburg, PA  17101
     Joanne.Sanderson@usdoj.gov
     Phone:  717-221-4482
     Fax:  717-221-4493

Date:  February 26, 2020

DJF:jms

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CESAR ORTEGA-** | **:** | |
| **CAMPOVERDE,** | **:** | **Civil No. 4:20-CV-0332** |
| **Petitioner** | **:** | |
| | **:** | **(Wilson, J.)** |
| **v.** | **:** | **(Arbuckle, M.J.)** |
| | **:** | |
| **CLAIR DOLL, et al.,** | **:** | |
| **Respondents** | **:** | **Electronically Filed** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on February 26, 2020, she served a copy of the attached

## ENTRY OF APPEARANCE

by electronic service pursuant to Local Rule 5.7 and Standing Order 04-6, ¶ 12.2 to the following individual(s):

Addressees:

Witold J. Walczak, Esquire
Vanessa Stine, Esquire
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
247 Ft. Pitt Blvd., 2d Fl.
Pittsburgh, PA 15222
vwalczak@aclupa.org
vstine@aclupa.org

s/ Joanne M. Sanderson
Joanne M. Sanderson
Assistant United States Attorney