# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR ORTEGA CAMPOVERDE, | : | Civil No. 4:20-CV-00332 |
| Petitioner, | : | |
| v. | : | Judge Jennifer P. Wilson |
| CLAIR DOLL, *et al.*, | : | |
| Respondents. | : | Magistrate Judge William I. Arbuckle |

## ORDER

**AND NOW**, on this 27th day of February, 2020, the court having determined that there is good cause to vacate the referral to a United States Magistrate Judge because such a referral is likely to cause significant duplication of efforts in this case, **IT IS ORDERED** that pursuant to the court's authority under Rule 73(b)(3) of the Federal Rules of Civil Procedure, the referral of this matter to United States Magistrate Judge William I. Arbuckle is **VACATED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania