# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CESAR ORTEGA CAMPOVERDE, | : | Civil No. 4:20-CV-00332 |
| Petitioner, | : | |
| v. | : | |
| CLAIR DOLL, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of March, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** and the Clerk of Court is directed to close this case.

2. Respondents Simona Flores-Lund, Matthew Albence, Chad Wolf, and William Barr are **DISMISSED** from this case.

3. Petitioner's motion for temporary restraining order and/or preliminary injunction (Doc. 2) is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
